Mark ROCANOVA, Plaintiff–Appellant,

v.

UNITED STATES of America and Commissioner of Internal Revenue, Defendants–Appellees.

No. 1210, Docket 96–5079.

United States Court of Appeals,
Second Circuit.

Argued March 18, 1997.

Decided March 24, 1997.

Richard M. Kraver, Kraver & Levy, LLP, New York City, for Plaintiff–Appellant.

Linda A. Riffkin, Assistant United States Attorney for the Southern District of New York, New York City (Mary Jo White, United States Attorney, Gideon A. Schor, Assistant United States Attorney, of counsel), for Defendants–Appellees.

Before: FEINBERG, CARDAMONE, and WINTER, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated in the district court's opinion. *See Rocanova v. United States,* 955 F.Supp. 27 (S.D.N.Y.1996).